WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
sdolembo@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>Plaintiff,<br><br>vs.<br><br>PANDA LLC SERIES 6233 HALSTEAD; SHADOW SPRINGS COMMUNITY ASSOCIATION; RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-00493-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PANDA LLC SERIES 6233 HALSTEAD TO RESPOND TO U.S. BANK'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4 (hereinafter "U.S. Bank"), and Defendant, Panda LLC Series 6233 Halstead (hereinafter "Panda"), hereby stipulate as follow:

**STIPULATION**

1. U.S. Bank filed its Complaint on February 16, 2017.

2. Panda was served with the Complaint on March 8, 2017.

3. The deadline for Panda to answer or otherwise respond to U.S. Bank's Complaint was March 29, 2017.

4. Panda requests addition time to file its Answer to the Complaint and U.S. Bank does not object to the request.

5. Therefore, parties agree that Panda's Answer to the Complaint is now due on May 31, 2017.

| DATED this 17th day of May 2017. | DATED this 17th day of May 2017. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | AYON LAW, PLLC |
| /s/ J. Stephen Dolembo, Esq.<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4* | /s/ Luis A. Ayon, Esq.<br>Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>9205 W. Russell Road<br>Building 3, Suite 240<br>Las Vegas, NV 89148<br>*Attorneys for Defendant, Panda LLC Series 6233 Halstead* |

**Case Number:** 2:17-cv-00493

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this 18th day of May, 2017.

_____
JUDGE'S SIGNATURE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ J. Stephen Dolembo, Esq.* _____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4*