| | |
|---|---|
| ZIEVE, BRODNAX & STEELE, LLP<br>Shadd A. Wade, Esq.<br>Nevada Bar No. 11310<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>Tel:   (702) 948-8565<br>Fax:   (702) 446-9898<br>swade@zbslaw.com<br>sdolembo@zbslaw.com | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>         Plaintiff,<br><br>     vs.<br><br>PANDA LLC SERIES 6233 HALSTEAD; SHADOW SPRINGS COMMUNITY ASOCIATION; RED ROCK FINANCIAL SERVICES,<br><br>         Defendants.<br>_____<br>AND ALL RELATED CLAIMS. | Case No.:   2:17-cv-00493<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

J. Stephen Dolembo, Esq. hereby gives notice that J. Stephen Dolembo, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. J. Stephen Dolembo, Esq. requests that he no longer receive notices related to this case. WRIGHT, FINLAY & ZAK, LLP will remain

///

///

///

///

///

counsel of record and should continue to receive notices related to this case.

DATED this __27th___ day of September, 2017.

**IT IS SO ORDERED** this 18th day of October, 2017.

*[signature]*
Peggy A. Leen
United States Magistrate Judge

ZIEVE, BRODNAX & STEELE, LLP

___/s/ J. Stephen Dolembo, Esq._____
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was made on the ___27th__ day of September, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                                /s/ Ryan Bradford  
                                                An employee of ZIEVE, BRODNAX & STEELE, LLP