WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>Plaintiff,<br><br>vs.<br><br>PANDA LLC SERIES 6233 HALSTEAD; SHADOW SPRINGS COMMUNITY ASSOCIATION; RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-00493-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |
| PANDA LLC SERIES 6233 HALSTEAD,<br><br>Counterclaimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>Counter-Defendant. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION,<br><br>Cross-Claimant, | |

| | |
|---|---|
| vs. | |
| RED ROCK FINANCIAL SERVICES, | |
| Cross-Defendant. | |
| RED ROCK FINANCIAL SERVICES, | |
| Counter-Claimant, | |
| vs. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, | |
| Counter-Defendant. | |

COMES NOW Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4 ("U.S. Bank"), Defendant/Counterclaimant, Panda LLC Series 6233 Halstead, Defendant/Counter-Claimant Red Rock Financial Services, and Defendant/Counter-Defendant, Shadow Springs Community Association ("Shadow Springs"), by and through undersigned and respective counsel of record, and hereby stipulate as follows:

As previously indicated to the Court, U.S. Bank originally attempted to depose the 30(b)(6) witness for Shadow Springs prior to the close of discovery, however, Shadow Springs' witness failed to attend on two separate occasions. The deposition of the designated witness for Shadow Springs is currently scheduled for January 23, 2018, while dispositive motions are currently due by January 29, 2018. The parties are requesting an extension of the dispositive motion deadline so that the parties have additional time to fully brief the Court in this matter.

LR 26-4 requires a stipulation to extend a deadline to be made no later than 21 days before the subject deadline and if made within 21 days of the deadline, it must be supported by a showing of good cause. This stipulation is within 21 days of the discovery deadline (January 29, 2018). Good cause exists to extend the discovery deadline, namely Shadow Springs' last minute cancellation of the Rule 30(b)(6) deposition on both December 20, 2017, and January 4, 2018.

1  IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of thirty (30) days, up to and until February 28, 2018, to file their respective Motions for Summary Judgment.

This is the parties' first request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

DATED this 17th day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4*

DATED this 17th day of January, 2018.

KOCH & SCOW LLC

*/s/ Steven B. Scow*
David R. Koch, Esq.
Nevada Bar No. 8830
Steven B. Scow, Esq.
Nevada Bar No. 9906
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendant/Cross-Defendant/Counter-Defendant, Red Rock Financial Services*

DATED this 17th day of January, 2018.

PENGILLY LAW FIRM

*/s/ Gianna M. Orlandi*
James W. Pengilly, Esq.
Nevada Bar No. 6085
Gianna M. Orlandi, Esq.
Nevada Bar No. 5087
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
*Attorneys for Defendant/Cross-Claimant/Counter-Defendant, Shadow Springs Community Association*

DATED this 17th day of January, 2018.

AYON LAW, PLLC

*/s/ Luis A. Ayon*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
9205 West Russell Road
Building 3, Suite 240
Las Vegas, NV 89148
*Attorneys for Panda LLC Series 6233 Halstead*

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE