WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>Plaintiff,<br><br>vs.<br><br>PANDA LLC SERIES 6233 HALSTEAD; SHADOW SPRINGS COMMUNITY ASSOCIATION; RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-00493-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FOURTH REQUEST)** |
| PANDA LLC SERIES 6233 HALSTEAD,<br><br>Counterclaimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>Counter-Defendant. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION,<br><br>Cross-Claimant, | |

|   |   |
|---|---|
| vs. | |
| RED ROCK FINANCIAL SERVICES, | |
| Cross-Defendant. | |
| RED ROCK FINANCIAL SERVICES, | |
| Counter-Claimant, | |
| vs. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, | |
| Counter-Defendant. | |

COMES NOW Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4 ("U.S. Bank"), Defendant/Counterclaimant, Panda LLC Series 6233 Halstead, Defendant/Counter-Claimant Red Rock Financial Services, and Defendant/Counter-Defendant, Shadow Springs Community Association ("Shadow Springs"), by and through undersigned and respective counsel of record, and hereby stipulate to extend the deadline for filing dispositive motions as follows:

LR 26-4 requires a stipulation to extend a deadline to be made no later than 21 days before the subject deadline and if made within 21 days of the deadline, it must be supported by a showing of good cause. This stipulation is within 21 days of the discovery deadline (April 30, 2018). Good cause exists to extend the discovery deadline, namely to allow the parties additional time to discuss settlement without incurring the expenses of preparing dispositive motions.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of thirty (30) days, up to and until May 30, 2018, to file their respective Motions for Summary Judgment.

///

///

This is the parties' fourth request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 26th day of April, 2018. | DATED 26th day of April, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | KOCH & SCOW LLC |
| */s/ Krista J. Nielson* | */s/ Steven B. Scow* |
| Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4* | David R. Koch, Esq.<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>11500 South Eastern Avenue, Suite 210<br>Henderson, NV 89052<br>*Attorneys for Defendant/Cross-Defendant/Counter-Defendant, Red Rock Financial Services* |
| DATED this 26th day of April, 2018. | DATED this 26th day of April, 2018. |
| PENGILLY LAW FIRM | AYON LAW, PLLC |
| */s/ Elizabeth B. Lowell* | */s/ Luis A. Ayon* |
| James W. Pengilly, Esq.<br>Nevada Bar No. 6085<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, NV 89134<br>*Attorneys for Defendant/Cross-Claimant/Counter-Defendant, Shadow Springs Community Association* | Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>9205 West Russell Road<br>Building 3, Suite 240<br>Las Vegas, NV 89148<br>*Attorneys for Panda LLC Series 6233 Halstead* |

**ORDER**

IT IS SO ORDERED.

Dated this 8th day of May, 2018.

UNITED STATES MAGISTRATE JUDGE