| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>knielson@wrightlegal.net<br>*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PANDA LLC SERIES 6233 HALSTEAD; SHADOW S COMMUNITY ASSOCIATION; RED ROCK FINANCIAL SERVICES,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00493-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| PANDA LLC SERIES 6233 HALSTEAD,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4,<br><br>　　　　　Counter-Defendant. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION,<br><br>　　　　　Cross-Claimant, | |

|   |
|---|
| vs. |
| RED ROCK FINANCIAL SERVICES, |
| Cross-Defendant. |
| RED ROCK FINANCIAL SERVICES, |
| Counter-Claimant, |
| vs. |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, |
| Counter-Defendant. |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4 ("U.S. Bank"), and Defendant/Counter-Claimant, Panda LLC Series 6233 Halstead ("Panda") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On June 29, 2018, U.S. Bank and Panda filed their respective Motions for Summary Judgment [ECF Nos. 52 and 53]. Presently, opposition to the Motions for Summary Judgment is due by July 20, 2018.

Because of heavy workloads, the Parties have discussed extending the deadline for oppositions to the Motions for Summary Judgment by two weeks to August 3, 2018. This is the first stipulation for extension of time for the deadline to oppose the Motions for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/./././

/././

/././

/././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadlines to oppose U.S. Bank's Motion for Summary Judgment [ECF No. 52] and Panda's Motion for Summary Judgment [ECF No. 53 shall be extended to August 3, 2018.

| | |
|---|---|
| DATED this 18th day of July, 2018. | DATED this 18th day of July, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | AYON LAW, PLLC |
| */s/ Krista J. Nielson* | */s/ Luis A. Ayon* |
| Christina V. Miller, Esq. | Luis A. Ayon, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 9752 |
| Krista J. Nielson, Esq. | Allison R. Schmidt, Esq. |
| Nevada Bar No. 10698 | Nevada Bar No. 10743 |
| 7785 W. Sahara Ave., Suite 200 | 8716 Spanish Ridge Ave. #115 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89148 |
| *Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4* | *Attorneys for Defendant/Counter-Claimant, Panda LLC Series 6233 Halstead* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th of July, 2018.