WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4, <br><br> Plaintiff, <br><br> vs. <br><br> PANDA LLC SERIES 6233 HALSTEAD; SHADOW S COMMUNITY ASSOCIATION; RED ROCK FINANCIAL SERVICES, <br><br> Defendants. | Case No.: 2:17-cv-00493-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |
| PANDA LLC SERIES 6233 HALSTEAD, <br><br> Counterclaimant, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2006-CB4, <br><br> Counter-Defendant. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, <br><br> Cross-Claimant, | |

|   |   |
|---|---|
| vs. | |
| RED ROCK FINANCIAL SERVICES, | |
| Cross-Defendant. | |
| RED ROCK FINANCIAL SERVICES, | |
| Counter-Claimant, | |
| vs. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, | |
| Counter-Defendant. | |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4 ("U.S. Bank"), Defendant/Counter-Claimant, Panda LLC Series 6233 Halstead ("Panda"), and Defendant/Cross-Defendant/Counter-Claimant, Red Rock Financial Services ("Red Rock") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On June 29, 2018, U.S. Bank and Panda filed their respective Motions for Summary Judgment [ECF Nos. 52 and 53]. Red Rock and Panda opposed U.S. Bank's Motion for Summary Judgment on August 3, 2018 [ECF Nos. 58 and 59]. U.S. Bank also filed its opposition to Panda's Motion for Summary Judgment on August 3, 2018 [ECF No. 60]. Presently, U.S. Bank and Panda's replies in support of their Motions for Summary Judgment are due by August 16, 2018.

Because of heavy workloads, the Parties have discussed extending the deadline for replies in support of the Motions for Summary Judgment by two weeks to August 30, 2018. This is the first stipulation for extension of time for the deadline to file replies in support of the Motions for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadlines to file replies in support of U.S. Bank's Motion for Summary Judgment [ECF No. 52] and Panda's Motion for Summary Judgment [ECF No. 53] shall be extended to August 30, 2018.

DATED this 16th day of August, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006-CB4*

DATED this 16th day of August, 2018.
AYON LAW, PLLC

*/s/ Luis A. Ayon*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
8716 Spanish Ridge Ave. #115
Las Vegas, NV 89148
*Attorneys for Defendant/Counter-Claimant, Panda LLC Series 6233 Halstead*

DATED this 16th day of August, 2018.
KOCH & SCOW LLC

*/s/ Steven B. Scow*
David R. Koch, Esq.
Nevada Bar No. 8830
Steven B. Scow, Esq.
Nevada Bar No. 9906
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendant/Cross-Defendant/Counter-Defendant, Red Rock Financial Services*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of August, 2018.